FILED
JEANNE A. NAUGHTON, CLERK
SEP 10 2026
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_______________DEPUTY

Cornelius Stephens
33 Main Street
Pennsville, New Jersey 08070
stephenscornelius@gmail.com
(215) 960-2509
Plaintiff-Debtor Pro Se

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

In re: Cornelius Stephens,
Debtor.

CORNELIUS STEPHENS,
Plaintiff,
v.

CASTLEROCK 2017, LLC; CASTLE CFD GROUP, LLC; MADISON CFD, LLC; and KML LAW GROUP, P.C.,
Defendants.

Main Bankruptcy Case No.: 26-18311-ABA
Chapter 13
Adversary Proceeding No.: 26-01340-ABA

Hon. Andrew B. Altenburg, Jr., U.S.B.J

## AMENDED CERTIFICATION OF SERVICE (CORRECTING TYPOGRAPHICAL FILING DATE)

I, Cornelius Stephens, certify under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1. I am the Plaintiff-Debtor appearing pro se in the above-captioned core adversary action.

2. I submit this Amended Certification of Service solely to correct a clerical, typographical error contained on the face page of the initial certificate accompanying the Plaintiff's Cross-Motion for Summary Judgment, which mistakenly noted an incorrect service/ execution date.

3. On September 3, 2026, I officially served a true and correct copy of the Notice of Cross-Motion for Summary Judgment, Expanded Responsive Pleading Packet, and Statement of Uncontradicted Material Facts upon the Defendants' counsel of record by depositing true

copies of the same in an official depository under the exclusive care and custody of the United States Postal Service via First-Class Mail:

KML LAW GROUP, P.C.
Attn: Matthew Fissel, Esq. / Frank J. Keenan, Esq.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Method of Service: USPS First-Class Mail and Electronic Mail
to mfissel@kmllawgroup.com

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE:
Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002
Method of Service: Electronic Mail Transmission
to Courtmail@standingtrustee.com

OFFICE OF THE UNITED STATES TRUSTEE:
U,S, Trustee Region 3, District of New Jersey
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
Method of Service: Electronic Mail Transmission
to ustrustee.program@usdoj.gov

Executed on September 6, 2026.

Cornelius Stephens, Plaintiff Pro Se

Cornelius Stephens
5415 Almeda Ave, Apt 1C
Arverne NY 11692

MID-ISLAND NY 117
8 SEP 2026 PM 2 L

X-RAYED

U.S. Bankruptcy Court, District of New Jersey
Office of the Bankruptcy Clerk
401 Market Street
Camden, N.J. 08101

08101-001699