Cornelius Stephens
5415 Almeda Avenue, Apt 1-C
Arverne, NY 11692
stephenscornelius@gmail.com
(215) 960-2509
Plaintiff-Appellant

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 OCT 22 P 4:0

FILED
JEANNE A. NAUGHTON, CLERK

OCT 22 2026

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_______________DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

In re: Cornelius Stephens,

Debtor.

Main Chapter 13 Case No.: 26-18311-ABA

Chapter 13

CORNELIUS STEPHENS,

Plaintiff-Appellant,|

v.

CASTLEROCK 2017, LLC; CASTLE CFD PURSUANT TO
GROUP, LLC; and MADISON CFD, LLC,

Defendants-Appellees.

Adversary Proceeding No.: 26-01340-ABA

Judge Andrew B. Altenburg, Jr.

NOTICE OF OMNIBUS APPEAL

28 U.S.C. SECTION 158(a)(1) AND
FED. R. BANKR. P. 8001 & 8002

**PLAINTIFF-APPELLANT'S NOTICE OF OMNIBUS APPEAL**

**NOTICE IS HEREBY GIVEN**, pursuant to **28 U.S.C. Section 158(a)(1)** and **Federal Rules of Bankruptcy Procedure 8001 and 8002**, that the unrepresented Plaintiff-Appellant, Cornelius Stephens, hereby appeals to the United States District Court for the District of New Jersey from the final **Order and Memorandum Decision Granting Motion to Dismiss Adversary Proceeding, Denying Cross-Motion for Summary Judgment, and Dismissing the Amended Complaint with Prejudice** entered by Chief Bankruptcy Judge Andrew B. Altenburg, Jr. on **October 8, 2026** under **Adversary No. 26-01340-ABA**.

Plaintiff-Appellant concurrently appeals from, and incorporates herein, the dependent **Order Denying Motion for Turnover of Property** entered in the main bankruptcy case under

**Main Case Doc. No. 30**, which was utilized as a structural foundation for the subsequent summary dismissal of Count III of the Adversary Proceeding.

Appellant further appeals the lower court's structural handling of the record, specifically including its post-adjudication acceptance and docketing of the Corporate Defendants' Summary Judgment Response materials on **October 15, 2026**, a full week *after* the lower court had already signed and entered its final dismissal decree on October 8th, thereby precluding the *pro se* Appellant from exercising his mandatory right of reply under the federal rules.

The names of all parties to the final orders appealed from, and the names, addresses, and electronic contact lines of their respective legal representatives, are as follows:

1. **The Plaintiff-Appellant:** Cornelius Stephens, Pro Se, residing at 33 Main Street, Pennsville, New Jersey 08070 (Email: stephenscornelius@)gmail.com.

2. **The Defendants-Appellees:** Castlerock 2017, LLC; Castle CFD Group, LLC; and Madison CFD, LLC, represented by lead defense counsel of record:

   KML LAW GROUP, P.C.
   Attn: Matthew Fissel, Esq. / Frank J. Keenan, Esq.
   701 Market Street, Suite 5000, Philadelphia, Pennsylvania 19106
   **Emails: mfissel@; fkeenan@kmllawgroup.com**

Dated: October 22, 2026

Cornelius Stephens, Plaintiff-Appellant

CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

Cornelius Stephens

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 OCT 22 P 4: 0

Bankruptcy Clerk's Office