UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: 26-18311 |
| Cornelius Stephens | : | Chapter: 13 |
| | : | |
| Debtor(s) | : | Adv. Pro. No.: 26-1340 |

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I Elizabeth Grassia, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On October 22, 2026 a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated October 08, 2026 was filed.

A copy of the appeal was served on the following parties on October 23, 2026.

| **Name of Party (relationship to appeal)** | **Address of Party** | **Method of Service** |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Cornelius Stephens<br>Appellant | 33 Main Street<br>Pennsville, NJ 08070 | ☐ Notice of Electronic Filing (NEF)<br>☒ U. S. Mail |
| Castlerock 2017, LLC<br>Appellee | Matthew K. Fissel, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Castle CFD Group, LLC<br>Appellee | Matthew K. Fissel, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Madison CFD, LLC<br>Appellee | Matthew K. Fissel, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: October 23, 2026

By: /S/ Elizabeth Grassia
Deputy Clerk