UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:

Cornelius Stephens

Chapter: 13

Case Number: 26-18311

Civil Number: ______

Adversary Number: 26-1340

Bankruptcy Judge: Judge Altenburg

**TRANSMITTAL OF DOCUMENT(S) TO:**
**☒ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal ☒ Order being Appealed ☒ Designation of Record on Appeal

☒ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: ______

☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference

☐ Other ______

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on October 22, 2026. The parties to the appeal are:

Appellant(s): Cornelius Stephens

Attorney: ProSe Debtor

Address: 33 Main Street
Pennsville, NJ 08070

Appellee(s): see attached list

Attorney: Matthew K. Fissel, Esq.

Address: 701 Market Street, Suite 5000
Philadelphia, PA 19106

Title of Order Appealed: Order Granting Motion to Dismiss Adversary Proceeding

Date Entered On Docket: October 08, 2026

☐ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| Appeal filed in previous case 26-16945 | 26-CV-07498-RMB | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ______within 3 days.

Your Court's Case Number: ______ Judge assigned: ______

By: ______ Date: ______

*rev. 8/28/17*

Appellant:

Cornelius Stephens
33 Main Street
Pennsville, NJ 08070

Appellees:

Castlerock 2017, LLC, Appellee
Attn Matthew K. Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Castle CFD Group, LLC
Attn Matthew K. Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Madison CFD, LLC
Attn Matthew K. Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106